# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

MARY HARRIS, as Personal
Representative of the Estate of
ASHLEY HARRIS, Deceased,

    Plaintiff,

v.

CORIZON HEALTH INC., d/b/a
CORIZON OF MICHIGAN, et al.,

    Defendants.

Case No. 2:21-cv-10876
Hon. Mark A. Goldsmith
Mag. Elizabeth A. Stafford

---

| | |
|---|---|
| LIPTON LAW CENTER, P.C.<br>Steffani Chocron (P45335)<br>Kyle J. Kelly (P69896)<br>Attorneys for Plaintiff<br>18930 W. Ten Mile Rd.<br>Southfield, MI 48075<br>(248) 557-1688<br>steffani@liptonlaw.com<br>kyle@liptonlaw.com<br><br>MICHIGAN PROTECTION &<br>ADVOCACY SERVICES<br>Kyle M. Williams (P77227)<br>Co-Counsel for Plaintiff<br>4095 Legacy Pkwy, Ste. 500<br>Lansing, MI 48911<br>(517) 487-1755<br>kwilliams@drmich.org | CHAPMAN LAW GROUP<br>Ronald W. Chapman Sr., M.P.A.,<br>LL.M. (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Corizon Health, Inc. and<br>Vincent Pernell, M.D.<br>1441 W. Long Lake Rd., Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |

**APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS CORIZON HEALTH, INC. D/B/A CORIZON OF MICHIGAN AND VINCENT PERNELL, M.D.**

**TO:  CLERK OF THE COURT**

NOW COMES the law firm of CHAPMAN LAW GROUP, represented by RONALD W. CHAPMAN SR.**,** M.P.A., LL.M., and hereby gives notice of his appearance on behalf of the Defendants CORIZON HEALTH, INC. d/b/a CORIZON HEALTH OF MICHIGAN and VINCENT PERNELL, M.D.

                                        Respectfully submitted,
                                        CHAPMAN LAW GROUP

Dated:  May 3, 2021               /s/Ronald W. Chapman Sr.
                                        Ronald W. Chapman Sr., M.P.A.,
                                        LL.M. (P37603)
                                        Attorney for Corizon Health Inc. and
                                        Vincent Pernell, M.D.
                                        1441 West Long Lake Rd., Suite 310
                                        Troy, MI 48098
                                        (248) 644-6326
                                        rchapman@chapmanlawgroup.com

## PROOF OF SERVICE

I hereby certify that on May 3, 2021, I presented the foregoing paper to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the attorneys of record listed herein and I hereby certify that I have mailed by US Postal Service the document to the involved non participants.

                                          /s/Ronald W. Chapman Sr.
                                          Ronald W. Chapman Sr., M.P.A.,
                                          LL.M. (P37603)
                                          1441 West Long Lake Rd., Suite 310
                                          Troy, MI 48098
                                          (248) 644-6326
                                          rchapman@chapmanlawgroup.com