UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY HARRIS, as Personal Representative of the
Estate of ASHLEY HARRIS, Deceased

        Plaintiff(s),

v.

CORIZON HEALTH INC., d/b/a CORIZON OF MICHIGAN, et al.

        Defendant(s).
_____/

Case No. 2:21-cv-10876

Judge  Mark A. Goldsmith

Magistrate Judge  Elizabeth A. Stafford

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, **Corizon Health Inc,**

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: May 3, 2021

/s/ Jonathan C. Lanesky

P59740
Chapman Law Group
1441 W. Long Lake Rd., Ste. 310.
Troy, MI 48098
(248) 644-6326

jlanesky@chapmanlawgroup.com