UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MARY HARRIS, as Personal Representative of the ESTATE OF ASHLEY HARRIS, deceased,

    Plaintiff,

v

CORIZON HEALTH, INC.; M.D. VINCENT PERNELL; R.N. LILLIE HARDIN-COLLINS; M.A., L.L.P., SANDRA J. TAYLOR; OFFICER HEAD; JOHN DOES 1-12

    Defendants.

No. 2:21-cv-10876

HON. MARK A. GOLDSMITH

MAG. ELIZABETH A. STAFFORD

---

| | |
|---|---|
| Kristin Totten (P72942)<br>Kyle M. Williams (P77227)<br>Michigan Protection & Advocacy Services<br>Attorneys for Plaintiff<br>4095 Legacy Parkway<br>Lansing, MI  48201<br>(517) 487-1755<br>ktotten@aclumich.org<br>kwilliams@drmich.org | Ronald Chapman (P37603)<br>Jonathan C. Lanesky (P59740)<br>Attorneys for Corizon Health Inc. and M.D. Vincent Pernell<br>Chapman Law Group<br>1441 West Long Lake Road, Suite 310<br>Troy, MI 48098<br>(248) 644-6326<br>rchapman@chapmanlawgroup.com<br>jlanesky@chapmanlawgroup.com |
| Steffani E. Chocron (P45335)<br>Lipton Law Center, P.C.<br>Attorney for Plaintiff<br>18930 W. Ten Mile Road<br>Southfield, MI  48075<br>(248) 557-1668<br>steffani@liptonlawcom | John L. Thurber (P44989)<br>Sara E. Trudgeon (P70066)<br>Assistant Attorneys General<br>Attorneys for Defendant Sandra Taylor<br>MDOC Division<br>P.O. Box 30217<br>Lansing, MI 48909<br>(517) 335-3055<br>thurberj@michigan.gov<br>trudgeons@michigan.gov |

## **APPEARANCE OF COUNSEL**

Sara E. Trudgeon, Assistant Attorney General of the State of Michigan, hereby enters her Appearance on behalf of Defendant Sandra Taylor.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/ Sarah E. Trudgeon*
Sara E. Trudgeon (P70066)
Assistant Attorney General
Michigan Dept. of Attorney General
Attorney for Defendant Taylor
MDOC Division
P.O. Box 30217
Lansing, MI  48909
(517) 335-3055
thurberj@michigan.gov

Date:  May 21, 2021

**CERTIFICATE OF SERVICE (E-FILE)**

I hereby certify that on May 21, 2021 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such to all counsel of record.

*/s/ Sarah E. Trudgeon*
Sara E. Trudgeon (P70066)
Assistant Attorney General
Attorney for Defendant Taylor