UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY HARRIS, as Personal Representative of the ESTATE OF ASHLEY HARRIS, deceased,

Plaintiff,

v

CORIZON HEALTH, INC.; M.D. VINCENT PERNELL; R.N. LILLIE HARDIN-COLLINS; M.A., L.L.P., SANDRA J. TAYLOR; OFFICER HEAD; JOHN DOES 1-12

Defendants.

No. 2:21-cv-10876

HON. MARK A. GOLDSMITH

MAG. ELIZABETH A. STAFFORD

**AFFIDAVIT OF MERITORIOUS DEFENSE ON BEHALF OF DEFENDANT LILLIE HARDIN-COLLINS, RN**

Kristin Totten (P72942)
Kyle M. Williams (P77227)
Michigan Protection & Advocacy Services
Attorneys for Plaintiff
4095 Legacy Parkway
Lansing, MI 48201
(517) 487-1755
ktotten@aclumich.org
kwilliams@drmich.org

Steffani E. Chocron (P45335)
Lipton Law Center, P.C.
Attorney for Plaintiff
18930 W. Ten Mile Road
Southfield, MI 48075
(248) 557-1668
steffani@liptonlawcom

Ronald Chapman (P37603)
Jonathan C. Lanesky (P59740)
Attorneys for Corizon Health Inc. and M.D. Vincent Pernell
Chapman Law Group
1441 West Long Lake Road, Suite 310
Troy, MI 48098
(248) 644-6326
rchapman@chapmanlawgroup.com
jlanesky@chapmanlawgroup.com

John L. Thurber (P44989)
Sara E. Trudgeon (P82155)
Assistant Attorneys General
Attorneys for Defendants Lillie Hardin-Collins, Ebony Head, and Sandra Taylor
MDOC Division
P.O. Box 30217
Lansing, MI 48909
(517) 335-3055
thurberj@michigan.gov
trudgeons@michigan.gov

# AFFIDAVIT OF MERITORIOUS DEFENSE ON BEHALF OF DEFENDANT LILLIE HARDIN-COLLINS, RN

STATE OF MICHIGAN )
)
COUNTY OF WASHTENAW )

Lillie Hardin-Collins, a licensed registered nurse (RN) in the State of Michigan being duly sworn, deposes and states:

1. I am a RN in the State of Michigan.

2. I was a practicing RN in September 2018 and the year immediately preceding.

3. I have reviewed the Complaint and Amended Complaint filed by Mary Harris in Case No.: 2:21-CV-10876; the Affidavit of Merit of Larry Kirstein, M.D.; the Affidavit of Merit of Stephen Furman, RN; the Notice of Intent; Ashley Harris' Medication Administration Record (MAR); the housing unit logbook; and video/audio of the observation cell hallway. These documents and video/audio coverage were supplied to me by defense counsel.

## Applicable Standard of Care

4. The standard of care applicable is doing that which a reasonable and competent RN would have done under the same or similar circumstances, or that which another reasonable and competent RN would have done in treating a patient like Ms. Harris in a prison setting such as Women's Huron Valley Correctional Facility.

## Factual Basis

5. On September 13, 2018, Ms. Harris was on 1:1 continuous supervision to prevent self-harm. She was observed by housing unit corrections officers, and I assessed her during medication rounds.

6. On September 13, 2018, Ms. Harris was alert and orientated to person, place, and time, during the time from morning medication

lines, until the time I left the unit. I did not see anything that would indicate Ms. Harris was in any type of distress. I took her vital signs and found them to be within normal range. I administered Ms. Harris her medication including chlorpromazine 200 mg (3) tablets three times daily (TID).

7. No one notified me at any time during my September 13, 2018, shift that Ms. Harris was in distress.

8. Based on the medication records, I distributed three 200 mg tabs of chlorpromazine at approximately 0800,1200, and 1900 to Ms. Harris. I did not distribute four 200mg tabs of chlorpromazine at hours of sleep (HS), which are distributed at the nighttime medication round. Dr. Vincent Pernell, MD, discontinued the HS order for four 200mg tabs of chlorpromazine before it was given.

9. I did not observe abnormal drowsiness, dizziness, or light headedness, nor did Ms. Harris complain to me about blurred vision during my shift on September 13, 2018.

10. In my opinion, Ms. Harris received adequate care. Ms. Harris was being observed consistently on September 13, 2018, by a prisoner observation aid on 1:1 precautions. I did not receive any notification indicating Ms. Harris was in distress. Ms. Harris was alert, orientated to person, time, and place during the times I saw her. She even complimented me on my pretty pink scrubs, saying she wanted pretty things.

11. It is also my professional opinion based on the review of the pertinent records for September 13, 2018 (and other items listed above), that I provided capable, knowledgeable, and appropriate care for Ms. Harris.

12. It is further my opinion that to the extent that Ms. Harris experienced any injury from the alleged events at issue, it was not the result of any violation of the standard of care.

13. The opinions contained herein are based upon the materials reviewed to date and may be modified as additional information becomes available.

14. This Affidavit of Meritorious Defense is filed with accordance with M.C.L. 600.2912e.

8/24/2021 — Dated

Lillie Hardin-Collins — Lillie Hardin-Collins, RN

Subscribed and sworn to before me on the 24th day of August, 2021

______________________________

Elizabeth Albright, Notary Public

Washtenaw County, Michigan

My commission expires: 01-14-2023