UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY HARRIS,
as Personal Representative of the
Estate of ASHLEY HARRIS, Deceased,

        Plaintiff,

vs.                                    Case No. 1:21-cv 10876
                                       Hon. Mark A. Goldsmith

CORIZON HEALTH INC.,
doing business as CORIZON OF MICHIGAN,
VINCENT PERNELL, MD,
LILLIE HARDIN-COLLINS, RN,
SANDRA J. TAYLOR, MA, LLP,
OFFICER HEAD and
JOHN DOES 1-12

        Defendants
_____/

| | |
|---|---|
| STEFFANI CHOCRON (P45335) | CHAPMAN LAW GROUP |
| KYLE J. KELLY (P69896) | Ronald W. Chaman, Sr. (P37603) |
| LIPTON LAW CENTER, P.C. | Jonathan C. Lanesky (P59740) |
| Attorneys for Plaintiff | Attorneys for Corizon and Pernell, |
| 18930 W. Ten Mile Road | 1441 W. Long Lake Road, Ste 310 |
| Southfield, Michigan 48075 | Troy, MI 48098 |
| (248) 557-1688 | (248) 644-6326 |
| kyle@liptonlaw.com | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |
| | |
| KYLE M. WILLIAMS (P77227) | John L. Thurber (P44989) |
| Cassandra M. Sanders (P77454) | Sara E. Trudgeon (P82155) |
| Disability Rights Michigan | Assistant Attorneys General |
| Co-Counsel for Plaintiff | Attorneys for Defs Lillie Hardin-Collins, Ebony Head & Taylor |
| 4095 Legacy Pkwy | |
| Lansing, MI 48911-4264 | MDOC Division |
| (517) 487-1755 | P.O. Box 30217 |
| KWilliams@drmich.org | Lansing, MI 48909 |
| csanders@drmich.org | (517) 335-3055 |

1

thurberj@@michigan.gov
trudgeons@michigan.gov

_____/

**PLAINTIFFS' MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT AND FOR REIMBURSEMENT OF COSTS AND PAYMENT OF ATTORNEY FEES**

**ORAL HEARING REQUESTED**

NOW COMES Plaintiff, Mary Harris, as Personal Representatives of the ESTATE OF ASHLEY HARRIS, Deceased, through their attorneys, LIPTON LAW, P.C., by Steffani Chocron, and for this Motion to Approve Wrongful Death Settlement hereby states unto this Honorable Court as follows:

1. This cause of action for wrongful death arises out of a September 14, 2018 medical malpractice/civil rights claim regarding Ashley Harris, decedent who was an inmate at Woman's Huron Valley Correctional Facility.

2. That on September 14, 2018, Plaintiff's decedent had a cardiac arrest and died in her cell.

3. That after facilitation with Attorney William Jack on March 21, 2022, this case settled for $100,000.00 (One Hundred Thousand Dollars).

4. That counsel Lipton Law was hired by Mary Harris, the Personal Representative of the Estate of Ashely Harris, to file a wrongful death lawsuit on behalf of the Estate (**Exhibit 1**).

5. Plaintiff's personal representative, Mary Harris, believes it is in the best interests of the Estate to settle the Estate's claims for the amounts stated.

6. Plaintiff's counsel was retained on a contingent fee basis which provided that Plaintiff's counsel's expenses would be deducted from any recovery, and then Plaintiff's counsel would be entitled to one-third fee on the balance of the recovery. (See attached **Exhibit 1**)

7. Plaintiff's counsel incurred expenses as set forth in the attached itemization. (See attached **Exhibit 2**). These expenses were actually incurred directly as a result of the investigation and litigation of this action, and were reasonable in the amounts charged by outside vendors and experts.

8. Plaintiff's counsel is entitled to a fee of one-third of the net proceeds. The total fee due is set forth in the attached itemization (**Exhibit 3**).

9. The class of heirs under the Michigan Wrongful Death Act who are entitled to make a claim against the wrongful death recovery by the Estate are listed below.

> Mary Harris, Decedent's Mother
> Jeffrey Cole, Decedent's Father
> April Parks, Decedent's sister
> Dillon Harris, Decedent's brother

10. Plaintiff's representatives and counsel are not aware of any other potential claimants to the wrongful death proceeds in this matter.

11. That the whereabouts of Plaintiff's Decedent's father, Jeffrey Cole and brother Dillon Harris are currently unknown, thus publication will be made more than 14 days prior to the hearing on this motion in the Wayne County Legal News.

12. That Plaintiff's decedent died with no conscious pain and suffering.

13. That, Mary Harris, Personal Representative of the Estate of Mary Harris requests that the net proceeds be distributed directly to the following heirs for their loss of love, society and companionship as follows:

        Mary Harris    $30,787.82

        April Parks     $15,000.00

14. That April Parks and Mary Harris were both served with a copy of this Motion, Notice of Hearing and the proposed distribution and have consented to same.

15. That Plaintiff requests that this Court Approve the Wrongful Death Settlement herein achieved and further order that the net proceeds of the net settlement be paid directly to the heirs of Ashley Harris for their loss of love, society and companionship as set forth in this Motion.

16. Plaintiff requests that this Court find that the costs incurred were necessarily incurred in the investigation and litigation of this action, that the fee of Plaintiff's counsel is reasonable and that both may be immediately disbursed.

WHEREFORE, Plaintiff respectfully requests that this Court set this matter

for Oral Hearing for purposes of entering an Order approving the settlement, disbursement of funds to heirs, reimbursement of costs and payment of attorney fees.

          Respectfully submitted,

          LIPTON LAW

          /S/Steffani Chocron_____
          Steffani Chocron  (P45335)
          Attorney for Plaintiff
          18930 W. Ten Mile Road
          Southfield, MI  48075
Dated:  April 18, 2022      (248) 557-1688

## **BRIEF IN SUPPORT**

Plaintiff relies upon MCL 600.2922, et. seq. in support of said Motion. pending a decision and Order from this Court regarding the distribution of the settlement.

          Respectfully submitted,

          LIPTON LAW

          /S/Steffani Chocron_____
          Steffani Chocron  (P45335)
          Attorney for Plaintiff
          18930 W. Ten Mile Road
          Southfield, MI  48075
Dated:  April 18, 2022      (248) 557-1688

## **LOCAL RULE CERTIFICATION**

I, Steffani Chocron, certify that this document complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

/S/ STEFFANI CHOCRON
STEFFANI CHOCRON (P45335)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certified that on April 18, 2022 a true and accurate copy of Plaintiffs' Motion To Approve Wrongful Death Settlement And For Reimbursement Of Costs And Payment Of Attorney Fees - Oral Hearing Requested was distributed to all counsel of record via the court's e-filing system.

s/*Jeanette Hamilton*
Jeanette Hamilton