3:52 PM
04/05/22

# Lipton Law Center, P.C.
## Customer Balance Detail
### All Transactions

| Date | Source Name | Memo | Account | Amount |
|---|---|---|---|---|
| **Harris, Ashley Marie (deceased) MM** | | | | |
| 04/30/2020 | State Of Michigan - ... | FOIA | Records MM-NH | 48.04 |
| 08/25/2020 | Craig Cousineau, D... | Case consultant | Experts MM-NH | 625.00 |
| 12/01/2020 | G2G Cloud Solutions | Records | Records MM-NH | 18.00 |
| 12/31/2020 | Copy Machine - 2020 | September | Copy Costs MM-NH | 49.20 |
| 02/04/2021 | Stephen A Furman ... | case review | Experts MM-NH | 1,000.00 |
| 02/05/2021 | Larry Kirstein, M.D. | Case review | Experts MM-NH | 1,000.00 |
| 02/10/2021 | FedEx | 2-5-21 Fedex | Other Case Costs M... | 58.17 |
| 03/10/2021 | Furman Consulting, ... | Case review | Experts MM-NH | 200.00 |
| 03/13/2021 | Larry Kirstein, M.D. | Case review | Experts MM-NH | 250.00 |
| 04/19/2021 | Courts/USDC-MI-E | Filing fee | Court Costs MM-NH | 402.00 |
| 04/30/2021 | Lipton Law Center R... | Pacer search... | Investigation MM-NH | 21.90 |
| 05/19/2021 | Advanced Investigati... | Process servi... | Investigation MM-NH | 663.78 |
| 08/19/2021 | Med Tox Consulting,... | Retainer for re... | Experts MM-NH | 1,000.00 |
| 09/02/2021 | Ljubisa J. Dragovic, ... | Expert Harris, ... | Experts MM-NH | 2,000.00 |
| 10/08/2021 | Process Service PA ... | Process Serv... | Other Case Costs M... | 150.00 |
| 10/12/2021 | Advanced Investigati... | Process Servi... | Other Case Costs M... | 248.46 |
| 10/21/2021 | Advanced Investigati... | Investigation f... | Investigation MM-NH | 412.50 |
| 10/28/2021 | Larry Kirstein, M.D. | Expert - Ashle... | Experts MM-NH | 500.00 |
| 10/28/2021 | FedEx | Ashley Harris | Other Case Costs M... | 32.42 |
| 10/30/2021 | Advanced Investigati... | Records, Harr... | Records MM-NH | 322.50 |
| 12/19/2021 | Records Reform | Records - Har... | Records MM-NH | 945.00 |
| 12/21/2021 | Record Reform | Records, Ash... | Records MM-NH | 0.00 |
| 12/30/2021 | Larry Kirstein, M.D. | Expert - Ashle... | Experts MM-NH | 375.00 |
| 12/31/2021 | Copy Machine - 2021 | Oct 21 | Copy Costs MM-NH | 1.80 |
| 01/03/2022 | Med Tox Consulting,... | Expert - Harri... | Experts MM-NH | 215.00 |
| 01/21/2022 | Core Litigation Supp... | Ashley Harris ... | Deposition/Video M... | 1,088.80 |
| 01/25/2022 | Disability Rights Mic... | court costs - ... | Other Case Costs M... | 10,528.63 |
| 01/27/2022 | Core Litigation Supp... | Videoconf - H... | Deposition/Video M... | 878.00 |
| 02/24/2022 | Core Litigation Supp... | Harris, Mary - ... | Deposition/Video M... | 366.20 |
| 03/08/2022 | Core Litigation Supp... | Video Conf - ... | Deposition/Video M... | 272.00 |
| 03/23/2022 | Jacqueline Margiljic | Dep fee - 04-1... | Deposition/Video M... | 40.00 |
| 03/24/2022 | Larry Kirstein, M.D. | Expert - Ashle... | Experts MM-NH | 500.00 |
| 03/24/2022 | Smith Haughey Rice... | Mediation - A... | Arbitration/facili/medi... | 1,611.62 |
| 12/28/2022 | Administration Fees ... | | Administration Fee ... | 300.00 |
| Total Harris, Ashley Marie (deceased) MM | | | | 26,124.02 |
| **TOTAL** | | | | **26,124.02** |

**3:53 PM**

**04/05/22**

# Lipton Law Center, P.C.
## Customer Balance Detail
### All Transactions

| Date | Source Name | Memo | Account | Amount |
|---|---|---|---|---|
| **Harris, Ashley Marie (deceased) MM** | | | | |
| 02/11/2022 | The Probate Pro, PLC | | Probate Fees & Cost... | 322.20 |
| Total Harris, Ashley Marie (deceased) MM | | | | 322.20 |
| **TOTAL** | | | | **322.20** |

**THEPROBATEPRO**
414 W. Fifth Street
Royal Oak, MI 48067



Estate of Ashley Harris, Deceased
c/o Steffani Chocron
Lipton Law
18930 W. 10 Mile Rd.
Southfield, MI 48075

April 6, 2022

## BILLING SUMMARY

| | |
|---|---:|
| Attorney Fees | $3,130.50 |
| Costs | $442.40 |
| Payments | ($322.20) |
| Previous Balance | $0.00 |
| BALANCE DUE | $3,250.70 |



PAY ONLINE



---

Thank you for entrusting your important legal matters to The Darren Findling Law Firm, PLC.
We accept payment in the form of check, cash, money order, VISA, MasterCard, DiscoverCard and American Express.

If you have a stored payment method, it will be charged on or about the 20th of the month following the billing period to provide you an opportunity to review the bill. If you wish to dispute the bill or use a different form of payment, please notify The Probate Pro prior to the 20th of the month following the billing period.

Pay online with a secured payment link at www.TheProbatePro.com/Payment

Please make all checks payable to "The Darren Findling Law Firm, PLC" and reference your file name on the check.
Our Tax ID is 46-0739550.

---

*Thank you for your confidence in our office. We are committed to serving you. Prompt payment of the balance is appreciated. If you should have any questions, please call the billing team at (248) 399-3300.*





414 W. Fifth Street
Royal Oak, MI 48067

Estate of Ashley Harris, Deceased
c/o Steffani Chocron
Lipton Law
18930 W. 10 Mile Rd.
Southfield, MI 48075




April 6, 2022
File Name:       Estate of Ashley Harris, Deceased
File Type        Probate-PI Support
Contact Person:  Probate-PI Only

*Professional Services*

| Date | | Description | Time | Amount |
|---|---|---|---|---|
| 4/23/2020 | LA | Telephone call(s) with client regarding opening probate estate and determining heirs. Discussed different options to open the estate. Ordered the death certificate. Explained probate process to client and gathered information from client to establish estate and prepare documents. Began preparing the probate pleadings. | 1.2 | $294.00 |
| | PL | Receipt, review and attention to initial documents regarding intake of case. | 1.0 | $150.00 |
| 4/29/2020 | LA | Received and reviewed the death certificate. Updated the pleadings accordingly. Drafted letter to the client and mailed the pleadings for signature. | 0.6 | $147.00 |
| 5/6/2020 | LA | Telephone call with the client to confirm receipt of the pleadings. Emailed updated correspondence to litigation counsel. Prepared the publication of Notice of Intent and sent to the Washtenaw County Legal News for publication. | 0.4 | $98.00 |
| 5/15/2020 | PL | Attention to file. Evaluated status of underlying litigation and administration. Probate file documents signed and returned. | 0.2 | $27.00 |
| 6/1/2020 | LA | Reviewed and executed pleadings. Drafted letter to court. Prepared pleadings for filing and sent to Court. | 0.4 | $98.00 |
| 6/4/2020 | PL | Attention to file. Evaluated status of underlying litigation and administration. | 0.2 | $27.00 |
| 6/29/2020 | PL | Receipt of Letters of Authority. Calendared due dates/deadlines | 0.3 | $45.00 |

Estate of Ashley Harris, Deceased                                                                                              *Page    2*

|            |    |                                                                                                                                                                                                                                                                                                                                                                                 | *Time* | *Amount* |
|------------|----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|----------|
| 7/14/2020  | JD | Reviewed and executed initial statutory notices, duties letter to Personal Representative.                                                                                                                                                                                                                                                                                      | 0.2    | $59.00   |
|            | JD | Review initial pleadings, Letters of Authority, determine status of estate's claim/cause of action and whether additional assets exists; email Letters of Authority to litigation counsel, request copy of complaint, discuss notice and approval requirements for settlements under the wrongful death act; memo to paralegal to file and serve initial notices, duties letter to Personal Representative, letter to Interested Parties and counsel, publication to creditors. | 1.0    | $295.00  |
|            | PL | Receipt of Letters of Authority. Calendared due dates/deadlines                                                                                                                                                                                                                                                                                                                  | 0.3    | $45.00   |
|            | PL | Prepared list of Interested Parties. Prepared and mailed Duties Letters, Letter to Interested Parties, and Letter to Friend of the Court enclosing initial notices. Prepared Notice of Appointment and Duties of Personal Representative, Notice Regarding Attorney Fees, Personal Representative Notice to Friend of the Court, and Proof of Service for filing with the Probate Court. | 1.5    | $202.50  |
| 7/22/2020  | PL | Phone call from Personal Representative updating new address.  File noted and updated.  Phone call to court requesting procedure regarding change of address and Letters of Authority .                                                                                                                                                                                         | 0.6    | $81.00   |
| 7/24/2020  | PL | Correspondence drafted to the Washtenaw County Probate Court updated Personal Representative's mailing address.                                                                                                                                                                                                                                                                 | 0.4    | $54.00   |
| 8/10/2020  | PL | Attention to file. Evaluated status of underlying litigation and administration. Administration is current.                                                                                                                                                                                                                                                                     | 0.2    | $27.00   |
| 9/10/2020  | PL | Attention to file. Evaluated status of underlying litigation and administration.                                                                                                                                                                                                                                                                                                | 0.2    | $27.00   |
| 11/9/2020  | PL | Attention to file. Evaluated status of underlying litigation and administration. File is current.                                                                                                                                                                                                                                                                               | 0.2    | $27.00   |
| 12/10/2020 | PL | Attention to file. Evaluated status of underlying litigation and administration.                                                                                                                                                                                                                                                                                                | 0.2    | $27.00   |
| 2/26/2021  | PL | Attention to file. Evaluated status of underlying litigation and administration.                                                                                                                                                                                                                                                                                                | 0.2    | $30.00   |
| 5/14/2021  | JD | Review and reply to email from litigation counsel confirming lawsuit commenced and need to keep estate open, request copy of filed complaint; memo to paralegal to file Notice of Continued Administration, obtain updated certified Letters of Authority, and provide same to litigation counsel.                                                                              | 0.4    | $118.00  |
| 6/1/2021   | JD | Reviewed and executed Notice of Continued Administration.                                                                                                                                                                                                                                                                                                                       | 0.2    | $59.00   |

Estate of Ashley Harris, Deceased                                                                                     *Page    3*

|            |       |                                                                                                                                                                                                                                                                                                                                                     | *Time* | *Amount* |
|------------|-------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|----------|
| 6/1/2021   | PL    | Reviewed Letters of Authority for Personal Representative. Confirmed need to continue the administration of the probate estate. Prepared final draft of Notice of Continued Administration for filing with the probate court. Prepared and mailed letter to Interested Parties enclosing Notice of Continued Administration and drafted Proof of Service for filing with the probate court. | 1.0    | $150.00  |
| 6/17/2021  | PL    | Attention to file. Evaluated status of underlying litigation and administration.                                                                                                                                                                                                                                                                    | 0.2    | $30.00   |
| 6/21/2021  | PL    | Email confirmation of Notice of Continued Administration filing sent to PI Counsel.                                                                                                                                                                                                                                                                 | 0.2    | $30.00   |
| 7/16/2021  | PL    | Phone call and email to Washtenaw County Probate Court regarding obtaining updated Letters of Authority.                                                                                                                                                                                                                                            | 0.2    | $30.00   |
| 7/17/2021  | JD    | Reviewed and responded to email from plaintiff counsel regarding status of litigation and request for updated Letters of Authority; reviewed register of actions, confirmed Notice of Continued Administration docketed and estate current; memo to paralegal to order updated certified Letters of Authority from court.                            | 0.2    | $59.00   |
| 7/19/2021  | JD    | Review and respond to email from Steffani Chocran regarding status of Notice of Continued Administration and update Letters of Authority.                                                                                                                                                                                                           | 0.2    | $59.00   |
| 7/27/2021  | JD    | Review update Letters of Authority from court and forward same to litigation counsel.                                                                                                                                                                                                                                                               | 0.2    | $59.00   |
| 9/29/2021  | JD    | Review and reply to emails from litigation counsel regarding status of lawsuit and updated address for client; review filed complaint, confirmation of wrongful death claim, discuss with litigation counsel service of same on statutory claimants.                                                                                                | 0.4    | $118.00  |
|            | PL    | Received change of address for Personal Representative-Mary Harris. File updated to reflect current address.                                                                                                                                                                                                                                        | 0.2    | $30.00   |
| 2/4/2022   | PL    | Attention to file. Evaluated status of underlying litigation and administration.                                                                                                                                                                                                                                                                    | 0.2    | $30.00   |
| 3/8/2022   | PL    | Attention to file. Evaluated status of underlying litigation and administration.                                                                                                                                                                                                                                                                    | 0.2    | $30.00   |
| 4/6/2022   | FO-PL | Prepared pleadings and documents in connection with closing of estate in Probate Court. Review and attention to court order reflecting no assets be received by deceased probate estate. Prepared Amended Inventory. Prepared Sworn Statement to Close and Certificate of Completion. Filed Sworn Statement to Close at Probate Court. Service of Sworn Closing Statement on all interested parties. Serve Certificate of Completion to all interested parties. Prepared Proof of Service. | 3.0    | $450.00  |

| Estate of Ashley Harris, Deceased | | | *Page* | *4* |
|---|---|---|---|---|
| | | | *Time* | *Amount* |
| 4/6/2022  FO | Audit of File | | 0.4 | $118.00 |
| | *Total Time Charges* | | *16.50* | *$3,130.50* |

| | | | |
|---|---|---|---|
| 4/23/2020 | Accurint® search. | | $15.00 |
| 5/14/2020 | Publication Fee | | $120.20 |
| 6/19/2020 | ASHLEY HARRIS:APP, LOA & INV  Check # 31472 | | $187.00 |
| 4/6/2022 | Publication Fee - Notice of Hearing | | $120.20 |
| | *Total Filing Fees and Costs* | | *$442.40* |
| 3/3/2022 | Thank you for your Payment!. Check No. 5803 | | ($322.20) |
| | *Total Payments and Credits* | | *($322.20)* |