UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY HARRIS,
as Personal Representative of the
Estate of ASHLEY HARRIS, Deceased,

        Plaintiff,

vs.                                            Case No. 1:21-cv 10876
                                               Hon. Mark A. Goldsmith

CORIZON HEALTH INC.,
doing business as CORIZON OF MICHIGAN,
VINCENT PERNELL, MD,
LILLIE HARDIN-COLLINS, RN,
SANDRA J. TAYLOR, MA, LLP,
OFFICER HEAD and
JOHN DOES 1-12

        Defendants
_____/

| | |
|---|---|
| STEFFANI CHOCRON (P45335) | CHAPMAN LAW GROUP |
| KYLE J. KELLY (P69896) | Ronald W. Chaman, Sr. (P37603) |
| LIPTON LAW CENTER, P.C. | Jonathan C. Lanesky (P59740) |
| Attorneys for Plaintiff | Attorneys for Corizon and Pernell, |
| 18930 W. Ten Mile Road | 1441 W. Long Lake Road, Ste 310 |
| Southfield, Michigan 48075 | Troy, MI 48098 |
| (248) 557-1688 | (248) 644-6326 |
| kyle@liptonlaw.com | rchapman@chapmanlawgroup.com |
| | jlanesky@chapmanlawgroup.com |
| | |
| KYLE M. WILLIAMS (P77227) | John L. Thurber (P44989) |
| Cassandra M. Sanders (P77454) | Sara E. Trudgeon (P82155) |
| Disability Rights Michigan | Assistant Attorneys General |
| Co-Counsel for Plaintiff | Attorneys for Defs Lillie Hardin-Collins, Ebony Head & Taylor |
| 4095 Legacy Pkwy | MDOC Division |
| Lansing, MI 48911-4264 | P.O. Box 30217 |
| (517) 487-1755 | Lansing, MI 48909 |
| KWilliams@drmich.org | (517) 335-3055 |
| csanders@drmich.org | |

1

thurberj@@michigan.gov
trudgeons@michigan.gov

_____/

**ORDER GRANTING PLAINTIFF'S AMENDED MOTION FOR APPROVAL OF SETTLEMENT WITH DEFENDANT CORIZON HEALTH AND MDOC DEFENDANTS, FOR REIMBURSEMENT OF COSTS AND PAYMENT OF ATTORNEY FEES, AND FOR APPROVAL OF DISTRIBUTION OF PROCEEDS (Dkt. 63)**[1]

This matter having come before the Court on Plaintiff's Motion to Approve Wrongful Death Settlement and Reimbursement of Costs and Payment of Attorneys Fees on July 30, 2022, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the proposed Wrongful Death Settlement of between Plaintiff, The Estate of Ashley Harris, and Defendants as outlined in the Motion for Approval of Settlement and for Reimbursement of Costs and Payment of Attorneys Fees and for Approval of Distribution of Proceeds (ECF 56 and ECF 63) is hereby approved;

**IT IS FURTHER ORDERED** that LIPTON LAW, is hereby authorized and empowered to sign any and all necessary documents to effectuate said settlement, including releases, drafts, checks, etc.

**IT IS FURTHER ORDERED** that the attorneys' costs and attorney fees as set forth in ECF 56 are hereby approved as reasonable and necessary for this cause and that said costs may be immediately disbursed;

**IT IS FURTHER ORDERED** the Decedent died with no conscious pain and suffering and that following the payment of costs and attorney fees as outlined above, the distribution of the

---

[1] Plaintiff's motion for approval of settlement, disbursement of funds, and reimbursement of costs and attorney fees (Dkt. 59) is denied as moot.

net settlement proceeds pursuant to MCL 600.2922, shall be divided between the heirs Mary Harris, April Parks and Dillan Harris as set forth in ECF 56, with no proceeds passing through the Estate.

**IT IS FURTHER ORDERED** that this approved settlement is full and final.

**This is a final order and does dismiss this action.**

Dated: July 11, 2022　　　　　　　　　　　　s/Mark A. Goldsmith
　　　Detroit, Michigan　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on July 11, 2022.

　　　　　　　　　　　　　　　　　　　　　s/William Barkholz for Karri Sandusky
　　　　　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　　　　　Case Manager